UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 19 AM 11: 21

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. '08 MJ 0472 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Enrique VASQUEZ-Vergara, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **February 16, 2008** within the Southern District of California, defendant, **Enrique VASQUEZ-Vergara**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **FEBRUARY 2008**

_____
William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 16, 2008, Border Patrol Agent C. Mehmel was performing line watch duties, in the Campo, California area of responsibility. Agent Mehmel responded to a Seismic Sensor Activation Alarm. Utilizing sign cutting techniques, Agent Mehmel immediately found footprints leading into the brush. Agent Mehmel followed these footprints and he encountered a total of 5 individuals attempting to conceal themselves in the surrounding brush near an area located approximately 20 miles east of the Tecate, California Port of Entry and approximately 1 mile north of the United States/Mexico International Boundary. Undocumented aliens utilize this area as a mean of furthering their illegal entry into the United States. Agent Mehmel immediately identified himself as a United States Border Patrol Agent and questioned all of the subjects as to their citizenship, nationality and immigration status. One of these individuals was later identified as the defendant **Enrique VASQUEZ-Vergara**. All subjects including the defendant readily admitted to having entered the United States without any immigration or travel documents that would allow them to be or remain in the United States legally. All subjects further admitted to being natives and citizens of Mexico. All subjects were arrested and transported to the Campo Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on or about **December 21, 2007**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.

**Executed on February 17, 2008 at 9:30 A.M.**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 16, 2008, in violation of Title 8, United States Code, Section 1326.

William McCurine Jr.
United States Magistrate Judge

2/17/08 1000 hrs
Date/Time